

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 11, 2022

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Mileta Miljanic*, **22 Mag. 4002**

Dear Judge Krause:

    The Government writes to respectfully request that the Court unseal the above-referenced Complaint, 22 Mag. 4002, and related arrest warrant for Defendant Mileta Miljanic. Miljanic was already in custody on an unrelated matter, and the United States Marshals Service is transporting Miljanic to the courthouse today to be presented on this complaint.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

By:   _____
        Jason M. Swergold
        Assistant United States Attorney
        Tel: (914) 993-1963

SO ORDERED:

_____
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
Dated: May 11, 2022