UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

MILETA MILJANIC,

               Defendant.
-------------------------------------------------------------X

**Notice of Appearance**

22-MG-4002

    PLEASE TAKE NOTICE that Lawrence R. DiGiansante, Esq. does hereby enter his appearance on behalf of MILETA MILJANIC. Any and all correspondence, documents, notices and filings should be forwarded to Lawrence R. DiGiansante, Esq. – 984 Morris Park Ave, Bronx, New York 10462.

Dated: May 11, 2022
      Bronx, New York

                                  Respectfully submitted,

                                  LAWRENCE R. DIGIANSANTE, ESQ.

                                  *Lawrence R. DiGiansante*

                                  _____
                                  LAWRENCE R. DIGIANSANTE, ESQ.
                                  Attorney for Defendant MILETA MILJANIC
                                  984 Morris Park Avenue
                                  Bronx, New York 10462
                                  Office: (718) 824-0707
                                  Facsimile: (718) 904-1030
                                  Email: ldcrimlaw@optonline.net